## W. E. EASLY v. J. G. BADENHAUSEN.

CONTESTED ELECTIONS. *Municipal officers. Inapplicability of statute.* .
  Code 1880, § 150, applies exclusively to the elections prescribed by the
  general law of which it is a part, and does not embrace those of officers
  of towns provided for by their charters.

APPEAL from the Circuit Court of Pike County.

Hon. J. B. CHRISMAN, Judge.

The appellant filed his petition in the Circuit Court against
the appellee, who was returned as elected to the office of mayor
of McComb City at an election of town officers held on Dec.
5, 1881, under the charter, alleging that he received a greater
number of legal votes than the appellee, and asking for a jury
to try the right to the office. A demurrer upon the ground
that this remedy was inapplicable was sustained.

*W. P. Cassedy*, for the appellant.

The remedy provided by Code 1880, § 150, for contesting
elections, applies to the office of mayor of a town where the
charter makes him *ex officio* a justice of the peace of the county.
No other remedy exists. *Oglesby* v. *Sigman,* 58 Miss. 502. A
writ of *quo warranto* will not reach such a case.

*T. R. Stockdale*, on the same side.

*S. E. Packwood*, for the appellee.

The statute which prescribes the kind of tickets to be used
at elections (Code 1880, § 137) is inapplicable to municipal
elections unless made so by charter. *Harrison* v. *Greaves,*
*ante*, 453. No reason can be given why § 150, which is part
of the same law, should not be governed by the same prin-
ciple.

CAMPBELL, C. J., delivered the opinion of the court.

Section 150 of the Code of 1880 does not embrace elections
of officers of towns provided for by their charters. It has
exclusive application to the elections provided for by the gen-
eral law of which it is a part. The demurrer was properly
sustained.

*Judgment affirmed.*